## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MIQHUEIL WHIGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-493-RAH-CSC |
| HOUSTON COUNTY JAIL, | ) |
| Defendant. | ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation entered September 18, 2024, dismissing this action without prejudice. (Doc. 4.) The Plaintiff has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is **ORDERED**:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 10th day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE